# U.S. District Court

## Kentucky Eastern - Covington

Receipt Date: Jan 5, 2026 8:39AM

William Bolt
5264 S Liberty Pike
Liberty, IN 47353

Rcpt. No: 200002934         Trans. Date: Jan 5, 2026 8:39AM         Cashier ID: #TBBn (6507)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 201B* | Civil Filing Fee/PLRA-PIF/Non-IFP | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment:   $405.00

Total Tendered:   $405.00

Total Cash Received:   $0.00

**Comments**: 6:26-cv-54-CHB

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.