AO82
(Rev. 8/03)

130905

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF KENTUCKY**

at Covington

RECEIVED FROM  William Bolt

5264 S. Liberty Pike

Liberty, IN 47353

Fund
6855XX  Deposit Funds
604700  Registry Funds
General and Special Funds
508800  Immigration Fees
085000  Attorney Admission Fees
086900  Filing Fees
0869PL  Filing Fee Prisoner Lit.
322340  Sale of Publications
322350  Copy Fees
322360  Miscellaneous Fees
143500  Interest
322380  Recoveries of Court Costs
322386  Restitution to U.S. Government
109900  Misc. Fines, Penalties, etc.
121000  Conscience Fund
129900  Gifts
504100  Crime Victims Fund
613300  Unclaimed Monies
510000  Filings Spec. Acct
5100PL  Filings Spec. Acct. Prisoner Lit.
510100  Registry Admin. Acct.
5114CR  Electronic Copy Fee

| ACCOUNT | AMOUNT | |
|---------|--------|----|
| 086900 | 405 | 00 |
| | | |
| | | |

TOTAL  405.00
Case Number or Other Reference
6:26-cv-54-CHB

Checks and drafts are accepted subject to collection and full credit will only be given when the
check or draft has been accepted by the financial institution on which it was drawn.

| DATE | Cash | Check | M.O. | Credit | DEPUTY CLERK: |
|------|------|-------|------|--------|----------------|
| January 2 2026 | | | | ✓ | |

U.S. GOVERNMENT PRINTING OFFICE: 2004-636-328